UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| TAYLOR LOVELY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:19-cr-00134-LEW-4 |
| v. | ) | 1:23-cv-00216-LEW |
| | ) | 1:19-cr-00171-LEW-3 |
| UNITED STATES OF AMERICA, | ) | 1:23-cv-00288-LEW |
| | ) | |
| Respondent | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The matter is before the Court on Petitioner Taylor Lovely's petition to vacate, set aside or correct his sentence and the United States Magistrate Judge's Recommended Decision on 28 U.S.C. § 2255 Motions. In his Recommended Decision, the Magistrate Judge recommends denying Petitioner's motions for habeas relief and denying a certificate of appealability. The time within which to file objections expired with no objection having been filed. The Magistrate Judge notified Petitioner that failure to object would waive his right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Petitioner Lovely's Petitions/Motions for § 2255 relief are DENIED. (Case No. 1:19-cr-134, ECF No. 756; Case No. 1:19-cr-171, ECF No. 1140). Additionally, a certificate of appealability is DENIED pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

S<span>O</span> O<span>RDERED</span>.

Dated this 23rd day of February, 2024.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE